In re: Adam A. Mack, Jr. applying for Writs of Certiorari, Mandamus, Prohibition and Habeas Corpus.
Writ denied. See appeal: 243 La. 369, 144 So.2d 363 (1962). The alleged trial error does not constitute, under the facts, a claim for post-conviction relief. See State v. Hopper, 253 La. 439, 218 So.2d 551 (1969); Brown v. United States, 411 U.S. 223, 93 S.Ct. 1565, 36 L.Ed.2d 208 (1973); Harrington v. California, 395 U.S. 250, 89 S.Ct. 1726, 23 L.Ed.2d 284 (1969).
BARHAM, J., dissents from denial of writ.
DIXON, J., dissents; applicant has been denied right of cross examination.